AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Eric Bell<br><br>*Defendant(s)* | Case No. 2:25-mj-122 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 6, 2025__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, USC § 841(a)(1) | Possesion with intent to distribute a controlled substance |

This criminal complaint is based on these facts:

See attached Affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

_Jordan Haag_
*Complainant's signature*

Jordan Haag, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
VIA FACETIME VIDEO

Date: __03/06/2025__

_Elizabeth Preston Deavers_
*Judge's signature*

City and state: __Columbus, OH__

Elizabeth Preston Deavers, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

### INTRODUCTION

1. I, Jordan Haag, am a Special Agent with the DEA, United States Department of Justice, currently assigned to the DEA Detroit Field Division, Columbus District Office (CDO) in Columbus, Ohio. I have been a Special Agent with DEA for approximately 2.5 years. Prior to becoming a Special Agent, I was employed as a contract analyst and assisted investigating DEA cases for three years. In connection with my official duties, I investigate criminal and civil violations of the Controlled Substance Act (CSA). I have received specialized training in the enforcement of laws concerning controlled substances as found in Title 21, USC. I have also received training including but not limited to investigative techniques, drug trafficking investigations, and money laundering investigations. I have participated in and have conducted investigations which have resulted in the arrests of individuals who have smuggled, received, and distributed controlled substances, as well as the seizure of illegal drugs and proceeds derived from the sale of those illegal drugs. In addition, I have conducted follow-up investigations concerning the concealment of narcotics, assets, currency, bank records, and the identification of co-conspirators using ledgers, records, telephone bills, photographs, and other documents. As a result of these investigations, I have assisted in executing search warrants and collecting and preserving evidence.

2. The information contained in this affidavit is based upon my personal knowledge, my conversations with other law enforcement officers and individuals, and my review of investigative reports and other documents. The information contained in this affidavit is intended to show only that there is sufficient probable cause of violations of Title 21 U.S.C. § 841 (possession with an intent to distribute controlled substances) and Title 21 U.S.C. § 846 (conspiracy to possess with intent to distribute controlled substances) for the requested criminal complaint and arrest warrant and does not set forth all my knowledge about this matter.

### PROBABLE CAUSE

3. On February 28, 2025, DEA law enforcement in Columbus received information from DEA law enforcement in Phoenix regarding a suspicious package arriving in Columbus on

March 4, 2025. DEA Phoenix was able to obtain video footage of an unknown male dropping off a black plastic tote at the UPS store in Tempe, Arizona. DEA Columbus was able to identify the individual dropping the package off in Arizona as Eric Bell (Bell), a former target in a previous DEA case.

4. On or about March 4, 2025, law enforcement with Ohio Bureau of Criminal Investigation (BCI), along with DEA Columbus, a UPS parcel in Obetz, Ohio. With the assistance of Ohio State Highway Patrol and a K-9, a free air sniff of the parcel was conducted. Upon positive alert of the K-9, indicating the presence of narcotics coming from the parcel, a state search and seizure warrant was applied for and signed by Franklin County Municipal Court Judge Jodi L. Thomas.

5. Investigators, along with the assistance of BCI, executed the state search warrant on the package. Inside the cardboard box was the black plastic tote (appearing to match the tote in the surveillance footage showing Bell dropping off the tote at the UPS store), which contained 6 bundles of methamphetamine (approximately 6.3 pounds) and one bundle of blue M30 fentanyl pills (approximately 1,685). The recipient address on the shipping label was addressed to 1820 Alcoy Dr., Columbus, OH 43227.

6. On March 3, 2025, Whitehall Division of Police detectives prepared and applied for a state search and seizure warrant for 1820 Alcoy Dr., Columbus, OH 43227. The warrant was signed by Franklin County Municipal Court Judge Jodi L.Thomas. Detectives, along with the assistance of Franklin County Sheriff's SWAT, executed the state search warrant on the residence the following day, March 4, 2025. This search warrant was unrelated to the above-mentioned DEA investigation. Multiple individuals were present inside of the residence. One of them was the defendant, Eric Bell. During the search warrant, detectives seized 422 grams of meth, 15 grams of cocaine, four grams of fentanyl, and two grams of tar heroin from inside of the residence. Bell and the other individuals present were arrested without incident by Whitehall Division of Police.

7. During a post-arrest interview, Bell was read his Miranda rights and waived his right to have an attorney present and agreed to speak with investigators. During the course of the interview, Bell admitted to being a part of a drug trafficking organization in 2020-2021 where he utilized USPS along with members of his drug trafficking organization (DTO) to receive narcotics from Arizona in Columbus, Ohio. Bell admitted to being in jail through the summer of

2024 and into the fall due to a probation violation for Domestic Violation. Once Bell was released from jail in 2024, Bell admitted to selling narcotics again. Bell admitted to obtaining methamphetamine in Arizona on a number of occasions between 2024 and up to the latest package of methamphetamine, and then to shipping that methamphetamine back to Columbus, Ohio, for re-sale.

8. Based on your Affiant's training, experience and my review of the evidence gathered by investigators during this investigation, there is probable cause to believe Eric Bell is in violation of 21 U.SC. 841(a)(1), possession with intent to distribute narcotics—to wit: approximately 2.8 kilograms of crystal methamphetamine and suspected counterfeit Oxycontin M30 pills. This affidavit is in support of a request for the issuance of a criminal complaint and arrest warrant for Eric Bell.

*Jordan Haag*
Jordan Haag, DEA Special Agent

Sworn and subscribed to me on this ____ day of March 2025

Elizabeth Preston Deavers
United States Magistrate Judge